UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BROWEL M. MUNOZ,

    Plaintiff,

Case No. 1:17-cv-22782-KMW

vs.

OCWEN LOAN SERVICING, LLC. ,

    Defendant

        /

## NOTICE OF SETTLEMENT

Defendant, OCWEN LOAN SERVICING, LLC., hereby gives notices that the Parties have reached a settlement with regard to this case and are presently in the process of drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

*s/ West Holden*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant OCWEN LOAN SERVICING, LLC.

301127330v1 1000829

Case No. 1:17-cv-22782-KMW

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ruzy Behnejad, Esq.
Behnejad Law PLLC
8724 Sunset Drive
Suite 261
Miami, FL  33173
Tel:  786-554-3999
Email:   ruzy@behnejadlaw.com
Attorneys for Plaintiff
Tel:  786-554-3999
ruzy@behnejadlaw.com

*s/ West Holden*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant OCWEN LOAN SERVICING, LLC.

301127330v1 1000829